

# NUMBER 13-22-00457-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

THE STATE OF TEXAS,                                          Appellant,

v.

DANIEL SOLIS,                                                Appellee.

## On appeal from the County Court at Law No. 1
## of Nueces County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

This Court handed down a memorandum opinion in this case on December 1, 2022. *See State v. Solis*, No. 13-22-00457-CR, 2022 WL 17351595, at *1 (Tex. App.—Corpus Christi–Edinburg Dec. 1, 2022, no pet. h.) (mem. op., not designated for publication). The State subsequently filed a motion for rehearing and a motion for en banc

reconsideration. This Court requested and received a response to these motions from appellee Daniel Solis.

After due consideration, we grant the State's motion for rehearing. We dismiss as moot the State's motion for en banc reconsideration. We withdraw the memorandum opinion previously issued in this case, and the accompanying judgment, and we reinstate this case on our docket. This case will now proceed in accordance with the Texas Rules of Appellate Procedure.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
25th day of January, 2023.